**FILED**
JUN 2 4 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

**UNITED STATES DISTRICT COURT**
Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900

W. Samuel Hamrick, Jr.
Clerk of Court

**RECEIVED**
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS
PASADENA OFFICE
JUN 17 2008

FILED _____
DOCKETED _____
DATE     INITIAL

To:   Clerk, U.S. Court of Appeals
      P.O. Box 193939
      San Francisco, CA 94119-3939

08-55980

Re:   **USCA No:**
      **USDC No:**   08cv906 JM (LSP)
      **Deutsche Bank Trust Company America v. Otten, et al**

Clerk, U.S. Court of Appeals, enclosed herewith you will please find:

|   | Copy of the Notice of Appeal | x | Docket Entries |   |
|---|---|---|---|---|
| x | Case Information/Docket Fee Payment Notification Form |   |   |   |
|   | Order for Time Schedule (Criminal) |   |   |   |
|   | Original Clerk's Record in |   | set(s) of |   | volume(s). |
|   | Reporter's transcript's transcripts in |   | set(s) of |   | volume(s). |
|   | Exhibits in |   | envelope(s) | box(es) |   | folders(s) |
|   | Judgement Order |   |   | F/P Order |   |
|   | CJA Form 20 |   |   | Minute Order |   |
|   | Certificate of Record |   |   | Mandate Return |   |
|   | Magistrate Judge's Report and Recommendation |   |   |   |
|   | COA Order |   |   |   |
|   | Amended docket fee notification form |   |   |   |
|   | Order Appointing Counsel for Appeal |   |   |   |
| x | Order remanding action to Superior Court of San Diego entered 5/27/2008 |   |   |
|   | Please acknowledge on the enclosed copy of this transmittal |   |   |

Sincerely yours,

W. Samuel Hamrick, Jr.
Clerk of Court   **L. Hammer**

Date:   06/3/08              By: _____
                             Lauren Hammer, **Deputy**