**FILED**

JUL 17 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY  AKK  DEPUTY

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 17 2008

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS,<br><br>    Plaintiff - Appellee,<br><br>v.<br><br>JOHN C. OTTEN,<br><br>    Defendant,<br><br>and<br><br>ERIC GLOVER,<br><br>    Respondent - Appellant. | No. 08-55980<br><br>D.C. No. 3:08-cv-00906-JM-LSP<br>Southern District of California,<br>San Diego<br><br>ORDER |

Before: SCHROEDER, LEAVY and IKUTA, Circuit Judges.

A review of the record demonstrates that this court lacks jurisdiction over this appeal because the order challenged in the appeal is not reviewable. *See* 28 U.S.C. § 1447(d); *Kunzi v. Pan Am. World Airways, Inc.*, 833 F.2d 1291, 1293 (9th Cir. 1987) (order remanding a removed action to state court for lack of subject matter jurisdiction is not reviewable). Consequently, this appeal is dismissed for lack of jurisdiction.

MF/Pro Se